ETHAN ALLEN SMITH, ET AL., PLAINTIFFS-RESPONDENTS, v. THE BOROUGH OF BARNEGAT LIGHT, ET AL., DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued June 9, 1987—Decided June 10, 1987.

Before Judges KING, DEIGHAN and HAVEY.

*Jerry J. Dasti,* argued the cause for appellants (*Dasti & Murphy,* attorneys; *Jerry J. Dasti* on the brief).

*Frank A. Buczynski, Jr.,* argued the cause for respondents (*Shackleton, Hazeltine and Buczynski,* attorneys; *Frank A. Buczynski* on the letter brief).

PER CURIAM.

This matter comes before us by way of appellants' motion for a stay pending appeal. By separate order we have denied that motion. We have accelerated the appeal for purposes of argument and disposition because it involves an election matter. *See R.* 1:2–5(1).

On our own motion we summarily affirm the judgment below substantially for the reasons expressed by Judge Serpentelli in

his written opinion of June 4, 1987, reported at 219 *N.J.Super.* 231 (Law Div.1987). *See R.* 2:8–3(b).